IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM B.,<br><br>            Plaintiff,<br><br>vs.<br><br>MARTIN J. O'MALLEY, Commissioner of Social Security Administration,<br><br>            Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 1:22-cv-00169-TC-DAO<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

On January 3, 2024, United States Magistrate Judge Daphne A. Oberg issued a Report & Recommendation (R&R) recommending that the court affirm the Commissioner's decision in this case. The parties were given fourteen days to file objections to the R&R. Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and the R&R de novo, as required by 28 U.S.C. § 636(b)(1)(C). The court agrees that the Commissioner's decision should be affirmed. Accordingly, the court adopts the R&R (ECF No. 16) in its entirety.

## ORDER

The decision of the Commissioner is affirmed.

DATED this 18th day of January, 2024.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge

1